**Electronically Filed
Supreme Court
SCWC-28596
16-NOV-2010
03:32 PM**

NO. SCWC-28596

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JANE DOE,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

JOHN ROE,
Respondent/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28596; FC-D NO. 06-1-0007K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioner/Plaintiff-Appellant/Cross-Appellee Jane Doe's application for writ of certiorari, filed on October 7, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, November 16, 2010.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Michael S. Zola,
for petitioner/plaintiff-
appellant/cross-appellee
on the application

William C. Darrah
for respondent/defendant-
appellee/cross-appellant
on the response

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Crandall, assigned by reason of vacancy.